IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In the matter of
  Margaret J. Seidl                       CASE NO  13-07485   CH. 7

       Debtor
_____/

### NOTICE OF "AS IS"  PURCHASE OFFER FOR NON-EXEMPT REAL ESTATE, FIXTURES & APPLIANCES

   Notice is hereby given  to Trustee of a  purchase offer  (**subject to existing mortgage(s) or liens**)  for non-exempt real estate listed on Debtor's Schedule A,   located at:

      8584 Mockingbird Lane, Pinellas County **FLORIDA**  ,  a/k/a

      **LOT 22, Golfwoods , according to the plat thereof as recorded in Plat Book 64, Pages 6 – 7 , of the Public Records of  Pinellas County, Florida**

   The sum of **$1,500.00** is offered  by **J-H  Home Mortgage Rescue, LLC , as Trustee of   8584 Mockingbird Lane  Land Trust**, to  purchase all of the bankruptcy estate's  interest in said property (**subject to existing mortgage(s) or liens**)   together with any fixtures or appliances located therein and not claimed exempt on schedule C of debtor's bankrruptcy petition.

  Deed of conveyance to be  in  accordance with **Florida Statute 689.071(3) and (6).  This offer is subject to  bankruptcy Trustee's deed of  conveyance  being executed prior to the filing of a motion to lift stay or to the recording of any Lis Pendens against said property  in  Pinellas County,  Florida**

                                    _____/s/ R. Hartley _____
                                      R. Hartley  for
                                 J-H Home Mortgage Rescue, LLC
                                 By  Authorized agent R. Hartley
                                  1430 Court St.
                                 Clearwater, FL 33756  727-461-4707