**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:  SEIDL, MARGARET                                   Case No. **8:13-bk-07485-MGW**

        Debtor(s).                                                       Chapter 7

_____/

### REPORT AND NOTICE OF INTENTION TO SELL PROPERTY OF THE ESTATE

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

**Pursuant to local rule 2002-4, the Court will consider this pleading without further notice or hearing unless a party in interest files an objection within 21 days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at Sam M. Gibbons Courthouse, 801 N. Florida Ave., #555, Tampa, FL 33602-3899, and serve a copy on the Trustee, Angela Welch Esposito, 12157 W. Linebaugh Ave, PMB 401, Tampa, FL 33626, and any other appropriate person(s).**

**If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

---

**TO:   Creditors, Debtors and Parties in Interest**

Angela Welch Esposito, the Trustee duly appointed and acting for the above captioned estate reports that she intends to sell 21 days from the date this paper is entered on the docket, the following property of the estate of the Debtor under the following terms and conditions:

Description of Property: **8584 Mockingbird Lane, Largo, FL 33777**

1. Manner of Sale: Private

2. Terms of Sale: check

    a. To: J-H Home Mortgage Rescue, LLC

  b. Sale Price: **$ 1,500.00**

   c. All right, title, and interest of bankruptcy estate, if any.

   d. Subject to all liens and encumbrances, if any. No warranties of no liens. No warranties of any kind.

The Trustee will entertain any higher bids for the purchase of the assets of the Debtor that the Trustee proposes to sell. Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price. Any higher bid must be received by the Trustee at the address listed below no later than the close of business 21 days from the date of mailing, as indicated in the Certificate of Service. If more than one bid has been received, an auction will occur among said bidder(s) after 21 days.

NOTICE IS HEREBY GIVEN that if no objection or request for hearing is filed and served within 21 days of the date of this report and notice, the property described herein will be sold without further hearing or notice pursuant to Local Bankruptcy Rule 6004-1.

Dated: July 31, 2013

Notice sent to the Matrix Attached.

Respectfully submitted,
/s/Angela Welch Esposito
ANGELA WELCH ESPOSITO, TRUSTEE
12157 W. Linebaugh Avenue PMB 401
Tampa, FL 33626
813.814.0836